**Services Provided by Laird J. Lucas on Sawtooth Diversions Litigation, *ICL v. Forest Service*, No. 1:18-cv-44-BLW (D. Idaho)**

| Date | Services | Time |
|---|---|---|
| 2/26/16 | Conf w/ B. Hurlbutt re status of investigation and communications on ESA consultation notice letter to Sawtooth NF | 0.1 |
| 3/1/16 | Conf w/ J. Hayes/ICL and A. Haak re facts and investigation for ESA consultation notice letter and status, strategy | 0.2 |
| 3/4/16 | Review B. Hurlbutt memo and draft ESA notice to Sawtooth NF re diversions consultation claims; review files re same; edit and revise same; memo to B. Hurlbutt with comments and edits on notice letter and attaching other past notices | 0.7 |
| | **2016 Hours** | **1** |
| 1/18/17 | Conf. w/ B. Hurlbutt and staff attorneys re status of draft notice letter, next steps, timing, strategy | 0.2 |
| 2/8/17 | Review B. Hurlbutt memo and draft ESA notice letter to FS; edit and revise FS notice letter, and review prior notices, cases re same; draft and revise response memo on strategy, concerns, next steps | 0.5 |
| 2/13/17 | Confs w/ B. Hurlbutt and J. Hayes/ICL re status of notice letter, research, strategy, next steps | 0.3 |
| 2/21/17 | Conf. w/ J. Hayes, M. Kellner/ICL and B. Hurlbutt re status of Sawtooth NF ESA notice letter, recent communications, facts, strategy and next steps | 0.5 |
| 2/23/17 | Memos w/ M. Kellner and B. Hurlbutt re NOI and possible litigation; review files for prior notices and litigation; conf w/ J. Hayes and B. Hurlbutt re evaluating diversions and next steps | 0.5 |
| 3/10/17 | Review B. Hurlbutt memo and revised Sawtooth NF ESA notice letter re 24 Sawtooth diversion; edit and revise same; memo to B. Hurlbutt re suggested next steps, cite checks, and distribution to client | 0.4 |
| 3/13/17 | Review M. Kellner and B. Hurlbutt memos re issuance of notice letter and conf w/ B Hurlbutt re same | 0.1 |
| 4/18/17 | Review A. Haak memo and map of diversions and respond w/ suggestions | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 5/16/17 | Review B. Hurlbutt memo and FS response letter to NOI; memos w/ L. Rule and B. Hurlbutt re same and potential litigation strategies | 0.3 |
| 6/7/17 | Conf. w/ B. Hurlbutt re status of negotiations w/ Forest Service and M. Kellner draft response | 0.1 |
| 8/25/17 | Conf. w/ B. Hurlbutt re M. Kellner conf w/ FS and status | 0.1 |
| 10/27/17 | Conf. w/ J. Hayes, M. Kellner and B. Hurlbutt re status of Sawtooth NF ESA notice letter, recent communications, facts, strategy and next steps | 0.4 |
| 11/1/17 | Review M. Kellner update memo on discussions w/ Sawtooth NF and next steps on proposed litigation, timing; review B. Hurlbutt response to same; brief conf w/ J. Hayes and B. Hurlbutt re same | 0.2 |
| 11/22/17 | Review draft Sawtooth diversions complaint from B.Hurlbutt; review prior complaints and notice letter re same; edit and revise draft complaint and memo to B. Hurlbutt re edits and next steps, timing | 1.3 |
| 12/14/17 | Conf. w/ M. Kellner/ICL and B. Hurlbutt re status of negotiations w/ Forest Service, timing, and proposed complaint, strategy | 0.3 |
| 12/19/17 | Tel conf w/ B. Hurlbutt, L. Rule and staff attorneys re status of negotiations w/ FS, recent info from NOAA Fisheries, strategy and re-evaluation of potential complaint | 0.2 |
| | **2017 Hours** | **5.5** |
| 1/26/18 | Conf w/ J. Hayes and B. Hurlbutt re proceeding with litigation and rep agreement; review and revise rep agreement and sign with J. Hayes | 0.2 |
| 1/29/18 | Review final complaint and memo to B. Hurlbutt approving filing and summons, civil cover sheet; memo to J. Hayes and B. Hurlbutt re signed rep agreement | 0.2 |
| 4/6/18 | Conf. w/ B. Hurlbutt re status of complaint, service and government non-response, and re intervention motion and strategy | 0.2 |
| 4/9/18 | Review Fed Defendant's answer, and prepare and file notice of appearance; conf w/ J. Hayes and M. Kellner/ICL, B. Hurlbutt re Forest Service answer, communications w/DOJ, litigation planning and moving for summary judgment on liability, potential remedies issues and timing, potential settlement | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 4/9/18 | Review intervention motion, brief, and declaration; research ID Secy of State re Salmon Headwaters coalition, review J. Hayes memo w/ articles on J. Christianson; conf w/ J. Hayes, M. Kellner, B. Hurlbutt re intervention motion, response options and strategy, further investigation, possible A. Barker conflicts, next steps | 0.5 |
| 4/10/18 | Review court notice re magistrate availability; review and organize case files | 0.1 |
| 4/13/18 | Conf. w/ B.Hurlbutt re ICL standing declarants | 0.1 |
| 4/17/18 | Conf w/ B. Hurlbutt and staff re litigation status and outlook | 0.1 |
| 4/18/18 | Review DOJ corresp re case planning and conf w/ B. Hurlbutt re same | 0.1 |
| 4/19/18 | Review B. Hurlbutt memo re his call w/ DOJ on possibility of settlement and extending case management deadline for negotiations; memos w/ J. Hayes and B. Hurlbutt re same and next steps; memo to DOJ re communications during B. Hurlbutt absence | 0.1 |
| 4/23/18 | Review B.Hurlbutt memo and initial draft opposition brief to SHCA motion to intervene; review other briefs, cases and research for response to intervention motion; continue drafting and revising response to intervention; memos w/ M. Kellner/ICL re draft response to intervention and next steps | 1 |
| 4/24/18 | Review email and draft stipulation, order to stay litigation from K.Poirier/DOJ, and respond to same | 0.1 |
| 4/25/18 | Review M. Kellner/ICL memo and edits to intervention opposition; check cites and further edit intervention response; finalize and attn to electronic filing of same | 0.4 |
| 4/25/18 | Memo to J. Hayes and M. Kellner/ICL and B. Hurlbutt re filing and status of Joint Motion to Stay; memos w/ K. Poirier/DOJ re Joint Motion to Stay | 0.1 |
| 4/30/18 | Conf w/ B. Hurlbutt re status of litigation and next steps, commucations w/DOJ | 0.1 |
| 5/1/18 | Conf w/B. Hurlbutt and staff re status of litigation and possible settlement;review B. Hurlbutt memos w/ J. Hayes/ICL re stay motion, settlement, next steps | 0.2 |
| 5/7/18 | Review court notices re granting stay and resetting litigation plan and conference call deadlines; calendar same | 0.1 |
| 5/8/18 | Review court notice and download, review proposed intervenors' reply brief and supplemental declaration on motion to intervene; memo to J. Hayes and M. Kellner/ICL and B. Hurlbutt re same | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 5/9/18 | Review B. Hurlbutt memo re DOJ correspondence on settlement and next steps; memos w/ M. Kellner and B. Hurlbutt re same | 0.1 |
| 5/10/18 | Review B. Hurlbutt memos re recent WWP/FS settlement on Salmon Challis diversions and possible use in Sawtooth diversions settlement | 0.1 |
| 6/12/18 | Review FS settlement letter and B.Hurlbutt memo; conf w/ B. Hurlbutt to discuss same, next steps and strategy | 0.2 |
| 6/22/18 | Review B. Hurlbutt and M. Kellner memos and draft settlement docs for FS; memos and tel call w/ B. Hurlbutt re same and next steps | 0.3 |
| 7/5/18 | Review court order granted limited intervention to remedies; review B. Hurlbutt memos re settlement offer | 0.1 |
| 7/9/18 | Memos w/B. Hurlbutt re settlement letters and intervenors | 0.1 |
| 7/27/18 | Conf. w/ R. Johnson/ICL re litigation status and issues; conf w/ B. Hurlbutt re FS settlement reply and next steps, strategy | 0.3 |
| 7/31/18 | Review M. Kellner memos re FS settlement counter offer and status of diversions, strategy | 0.1 |
| 8/6/18 | Review M.Kellner and B.Hurlbutt memos re FS settlement couter-offer analysis and response | 0.1 |
| 8/8/18 | Review B. Hurlbutt memo re status and proposed joint litigation plan; response memo on joint litigation plan, edits, next steps | 0.2 |
| 8/10/18 | Review B.Hurlbutt memo and DOJ edits to joint litigation and respond approving same; review filed joint litigation plan and attn to calendaring dates | 0.1 |
| 8/14/18 | Memos and conf w/B. Hurlbutt re joint litigation plan and litigation conf call w/ court; review memo to D.Metcalf/court clerk re same | 0.1 |
| 8/15/18 | Conf w/ B.Hurlbutt and memos re litigation conf call w/court | 0.1 |
| 8/16/18 | Review B. Hurlbutt memo and D. Metcalf memo re cancelling litigation status conf; conf w/B. Hurlbutt re conversation w/ concerned landowner | 0.2 |
| 10/2/18 | Conf. w/ B.Hurlbutt and staff attorneys re timing for admin record and our opening SJ briefing, strategy | 0.1 |
| 10/16/18 | Review Fed Defs notice of filing Admin Record; conf w/ B. Hurlbutt re briefing | 0.1 |
| 10/29/18 | Conf. w/ B.Hurlbutt re status of Admin Record review, SJ briefing schedule, use of extra record evidence, next steps and timing | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 12/10/18 | Conf. w/ B.Hurlbutt re status of draft SJ motion, opening brief, SOF and declarations, next steps and timing; review draft Motion for SJ and edit same; review draft B. Hurlbutt decl and approve same; review draft SOF and edit, comment on same | 0.9 |
| 12/10/18 | Review B. Hurlbutt memo and six Quiet Title complaints from Sawtooth diverters; memo to ICL and B.Hurlbutt re analysis and possible strategy options on same | 0.3 |
| 12/11/18 | Confs w/ B. Hurlbutt re opening SJ brief and arguments; review prior briefs and cases re FS authority and requirements; extensively revise, restructure and edit opening SJ brief; review docket sheet re same | 3.5 |
| 12/12/18 | Continue drafting, revising and editing opening SJ brief; review prior D. Idaho cases re Upper Salmon diversions and include discussion in opening brief | 2.2 |
| 12/12/18 | Further revise and edit opening SJ brief, and memo to B. Hurlbutt, L. Rule and E. Potter re same, strategy issues, review and further edits, timing | 1.1 |
| 12/13/18 | Review B.Hurlbutt memo re revised brief and respond w/ suggestions; conf w/B.Hurlbutt re claims, brief, timing, ICL review, next steps | 0.2 |
| 12/13/18 | Review draft standing declarations from B. Hurlbutt and edit, revise same and response memos to same | 0.4 |
| 12/13/18 | Review L. Potter and L. Rule memos and comments on draft opening SJ brief and claims, cases, strategy and proposed revisions; conf w/ B.Hurlbutt re same and timing for review of next version of draft brief | 0.5 |
| 12/14/18 | Review and revise J. Hayes declaration and memos w/ B.Hurlbutt and J. Hayes re finalizing same; review and revise latest draft of opening SJ brief and SJ motion, and memos and confs w/ B. Hurlbutt re same; review and approve SOF | 2.2 |
| 12/14/18 | Review J. Hayes memo approving declaration; conf and memos w/B.Hurlbutt re finalizing and filing SJ motion, opening brief and other materials; review court notice of filing and B.Hurlbutt memo to client re same; review final filed SJ opening brief and memos w/B.Hurlbutt re same | 0.5 |
| 12/17/18 | Conf. w/ B. Hurblutt re SJ filing and Quiet Title actions, next steps | 0.1 |
| | **2018 Hours** | **18.9** |

| Date | Description | Hours |
|---|---|---|
| 1/28/19 | Review FS notice re revised schedule after government shutdown and B. Hurlbutt memo to client re same; calendar same | 0.1 |
| 1/30/19 | Review court notices re new SJ hearing and briefing schedule after shutdown, and conf w/ B.Hurlbutt re same | 0.1 |
| 2/22/19 | Conf w/ B. Hurlbutt re revised SJ briefing schedule and calendar same | 0.1 |
| 3/5/19 | Review court notices re FS SJ filings and B.Hurlbutt memo to client reps re same; conf w/B. Hurlbutt re FS arguments, reply brief timing, research needs, quiet title cases, next steps and strategy | 0.2 |
| 3/7/19 | Conf w/ B.Hurlbutt re reply SJ briefing and timing for review of draft brief | 0.1 |
| 3/12/19 | Conf. w/ B.Hurlbutt, L. Rule and other staff attorneys re FS legal arguments and our reply SJ brief, outlook, timing and strategy | 0.2 |
| 3/15/19 | Conf. w/ B.Hurlbutt re status of SJ response/reply brief, and next steps and timing; review draft response/reply brief from same, and make comments on same, and memo to B. Hurlbutt re next steps, suggested revisions | 0.8 |
| 3/26/19 | Conf w/ B. Hurlbutt, G. Todd and staff attorneys re SJ reply brief and arguments, strategy, and next steps | 0.2 |
| 3/27/19 | Conf. w/ J. Hayes and M. Kellner/ICL, B. Hurlbutt and G. Todd re status of SJ briefing, reply brief and facts, arguments, timing and schedule | 0.3 |
| 3/29/19 | Memos w/ B.Hurlbutt re reply SJ brief, timing for my review | 0.1 |
| 4/30/19 | Conf. w/ B. Hurlbutt and staff re status of SJ briefing and oral argument schedule | 0.1 |
| 5/7/19 | Review B.Hurlbutt memo to clients re FS SJ reply brief; review reply brief and analyze litigation status and strategy options | 0.7 |
| 5/20/19 | Conf. w/ B. Hurlbutt re preparing for SJ oral argument and review memos w/ M. Kellner re same | 0.1 |
| 5/28/19 | Conf w/ B. Hurlbutt and staff re SJ hearing and prep | 0.1 |
| 5/31/19 | Review all SJ briefs and review ESA and regulations; lengthy meeting w/ B. Hurlbutt, A. Rogerson and M. Kellner re moot court prep session for oral argument | 2.8 |
| 6/1/19 | Memos w/ B. Hurlbutt re LJL doing SJ oral argument and hearing prep; planning and strategy re oral argument presentation and exhibits, themes; general oral arg prep | 0.8 |
| 6/2/19 | Review 9th Cir cases and further legal research on *Matejko*, other ESA action cases; review materials and oral arg prep | 1.2 |

| Date | Description | Hours |
|---|---|---|
| 6/3/19 | Review AR docs and B. Hurlbutt exhibits for SJ hearing; memos and confs w same re cases, facts, AR, hearing prep; review ESA, regs and cases; prepare timeline; review pleadings; general hearing prep | 3.3 |
| 6/4/19 | Review all filings, AR materials, cases, and prepare for oral argument; review D. Metcalf memo re oral argument time allocations; multiple memos and confs w/ B. Hurlbutt re same and strategy; review status of QTA cases for oral argument; general argument prep | 4.1 |
| 6/4/19 | Attend court and present oral argument on SJ motion; confs w/ M. Kellner, B. Hurlbutt and other AFW attorneys re debriefing on hearing and strategy options moving forward | 2.7 |
| 6/5/19 | Conf. w/ B. Hurlbutt re SJ argument; organize case files | 0.2 |
| 6/18/19 | Review B. Hurlbutt memo to clients and court notice re SJ decision; review SJ decision; draft and revise memo to B. Hurlbutt re analysis of same, and next steps on remedies and litigation strategy | 0.5 |
| 6/28/19 | Review B. Hurlbutt memo re proposed corresp to DOJ re remedies schedule and stipulation, strategy; draft and revise response memo on same and strategy and timing options | 0.2 |
| 6/29/19 | Review B. Hurlbutt memos w/ DOJ re remedies, and memos w/ client re same | 0.1 |
| 7/15/19 | Conf. w/ B. Hurlbutt re status of Forest Service response to inquiry on remedies and re timing for litigation, possible appeal | 0.2 |
| 7/18/19 | Review B. Hurblutt memos w/ DOJ re remedies settlement negotiations; further memos and conf w/ B. Hurlbutt re same and strategy | 0.1 |
| 7/19/19 | Lengthy conf w/ B. Hurblutt re strategy and ideas for settlement negotiations w/ DOJ, scheduling, possible remedies motion and next steps | 0.5 |
| 7/22/19 | Review B. Hurlbutt and J. Hayes memos re settlement talks and proposal by FS, next steps | 0.1 |
| 7/26/19 | Review B.Hurlbutt corresp w/ DOJ and client re potential settlement; conf w/ same re strategy and next steps | 0.2 |
| 8/20/19 | Review B. Hurlbutt memos w/ J. Hayes/ICL re latest FS settlement offer and strategy options, response | 0.1 |
| 8/22/19 | Review B. Hurlbutt and J. Hayes memos re settlement negotitions and respond | 0.1 |
| 9/3/19 | Conf. w/ B. Hurlbutt and staff attorneys re status of remedies settlement | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 9/24/19 | Conf. w/ B. Hurlbutt re remedies negotiations and issues, his conf w/ M. Kellner/ICL and next steps | 0.2 |
| 9/30/19 | Review B. Hurlbutt memo and corresp re draft remedies settlement; response memo to same on draft settlement and next steps | 0.2 |
| 10/7/19 | Review B.Hurlbutt and DOJ memos re further settlement negotiations over monitoring language | 0.1 |
| 10/11/19 | Review B.Hurlbutt memo to client re latest draft settlement and finalizing approval of same; conf w/ same re settlement, timing, fees | 0.2 |
| 10/28/19 | Conf w/ B. Hurlbutt and M.Kellner/ICL re status of settlement, monitoring letter, fees claim | 0.2 |
| 10/29/19 | Conf w/ B.Hurlbutt and staff attorneys re DOJ proposed revision of settlement title, next steps, and fee claim | 0.1 |
| 11/4/19 | Review B.Hurlbutt memos w/DOJ re approval of settlement and next steps to finalize same | 0.1 |
| 11/5/19 | Conf. w/ B. Hurlbutt re settlement status and hours for fee claim | 0.1 |
| 11/8/19 | Review B. Hurlbutt memo re status of settlement, side letter, and what I need to do, respond to same | 0.1 |
| 11/19/19 | Review SNF letter re diversions consultation and memo to M. Kellner and J. Hayes re same; review D.Flanagan/DOJ memo re same and finalizing settlement and respond; review further memo fr D. Flanagan and final settlement, sign and return same for filing; further memo to ICL re settlement and review M. Kellner responses | 0.3 |
| 11/21/19 | Review court notices and entry of order on remedies stipulation and final judgment; memos to clients re same, and next steps re fees and enforcement;calendar fee motion deadline | 0.2 |
| 11/22/19 | Review and edit timesheets for fee claim; review prior ESA fee claims and briefs; begin drafting fee motion and developing lodestar calculations, and review B. Hurlbutt timesheets for same | 2.2 |
| 11/23/19 | Continue reviewing and redacting timesheets and preparing lodestar calculations; draft and revise fee motion; prepare cost bill | 1.8 |
| 11/26/19 | Review fee motion deadline, and draft, revise memo to D. Flanagan/DOJ re fee motion and settlement, timing; review and finalize, file bill of costs | 0.2 |
| 11/28/19 | Review prior ESA fee motions and briefs; draft and revise ICL fee motion, opening brief; review and revise Lucas declaration for same | 1.3 |

| | | |
|---|---|---|
| 11/29/19 | Review court docket sheet, SJ decision, and remedies stipulation, and continue drafting and revising opening fee brief; revise and finalize LJL timesheets, fee declaration, motion and opening brief; check cites in brief and file fee motion and supporting materials; memo to D. Flanagan/DOJ re same and next steps; memo to client re same | 1.1 |
| | **Total 2019 Hours to Date** | **28.9** |