**Services Proviced by Bryan Hurlbutt on Sawtooth NF Diversions Litigation**
**ICL v. Forest Service, No. 1:18-cv-44-BLW (D.Idaho)**

| Date | Legal Services | Hours |
|---|---|---|
| 7/28/14 | Review Hannah Chessin (ICL law student summer intern) spreadsheet compiling info from the FOIA docs by diversion in the Sawtooth NF; conf w H Chessin to discuss her findings; conf w M Kellner re next steps. | 2.2 |
| 8/25/14 | Review H Chessin's Sawtooth diversions spreadsheet; review key docs from the FOIA request; outline letter to Sawtooth NF re incomplete consultations over diversions. | 1.9 |
| 8/26/14 | Start to draft letter to Sawtooth NF re incomplete consultations. | 1.5 |
| 8/27/14 | Review documents; continue to write letter; revise full letter and email to M Kellner/ICL for review. | 3.2 |
| 9/4/14 | Conf w M Kellner re letter to Sawtooth NF and next steps. | 0.3 |
| | **2014 Hours** | **9.1** |
| 2/9/15 | Review case files and begin drafting ICL 60-day notice of intent to sue (NOIS) under ESA for Sawtooth diversions. | 1.5 |
| 2/9/15 | Continue drafting NOIS. | 1.7 |
| 3/11/15 | Review Sawtooth NF's Ongoing Sawtooth Valley all aquatics BA for diversion projects. | 0.5 |
| 6/16/15 | Reviewing *County of Okanagan* case; review approval docs and NEPA docs for ditch bill easement diversions in other National Forests in Idaho. | 0.6 |
| 11/10/15 | Emails w M Kellner re next steps to complete NOIS. | 0.6 |
| 12/10/15 | Call w M Kellner re NOIS, potential litigation, possibility of settlement, etc. | 1.1 |
| | **2015 Hours** | **6** |
| 1/4/16 | Continue writing NOIS. | 0.5 |
| 1/5/16 | Review key docs and continue drafting NOIS. | 2.2 |
| 1/21/16 | Continue drafting and revising NOIS and review docs re same. | 1.5 |
| 2/10/16 | E-mail M Kellner re next steps on drafting NOIS. | 0.2 |
| 2/11/16 | Call w M Kellner re my drafting NOIS and re ICL updates on communications with agencies, diverters, and other conservation groups re these issues. | 0.8 |
| 2/24/16 | Case research on ESA and SUPs/DBEs; researching *Matejko* and subsequent decisions. | 2.3 |
| 2/25/16 | Email M Kellner re docs needed for NOIS. | 0.2 |
| 2/25/16 | Review docs from initial FOIA. | 0.5 |
| 3/1/16 | Finish full draft NOIS; email M Kellner for review. | 1.1 |
| 3/1/16 | Call w M Kellner re NOIS; potential outcomes and strategies. | 0.8 |

| Date | Description | Hours |
|---|---|---|
| 3/1/16 | Followup call w M Kellner re NOIS. | 0.5 |
| 3/3/16 | Email L Lucas to share the NOIS for his review. | 0.2 |
| 3/7/16 | Review and address L Lucas edtis to/comments on NOIS. | 1.9 |
| 3/8/16 | Call w M Kellner re NOIS and next steps toward possible resolution. | 0.7 |
| 11/14/16 | Emails w Justin Hayes (ICL Program Director) and M Kellner re status, strategy and NOIS. | 0.3 |
| 11/15/16 | Emails w M Kellner and J Hayes re next steps on NOIS and to setup meeting to discuss. | 0.3 |
| 11/30/16 | Edit and update the NOIS with new information; email NOIS to J Hayes and M Kellner and list steps to bring NOIS to final. | 1.4 |
| 12/9/16 | Call w M Kellner re NOIS, communs to Sawtooth NF and next steps | 0.4 |
| 12/12/16 | Conf call w M Kellner re sending NOIS in January. | 0.2 |
| | **2016 Hours** | **16** |
| 1/5/17 | Reviewing Amy Haak (ICL GIS contractor) spreadsheet and map of diversions in Sawtooth NF and compare to our info. | 0.6 |
| 1/5/17 | Create Sawtooth NF diversions spreadsheet, using H Chessin's spreadsheet, A Haak info, and other new ICL info; create smaller spreadsheet w less info to use for NOIS. | 1.4 |
| 1/6/17 | Update NOIS, adding new and corrected info. | 2.5 |
| 1/10/17 | Reviewing laws, regs, cases on Forest Service authorizations for diversions through SUPs and DBEs. | 2.6 |
| 1/11/17 | Read Forest Service letter to ICL; email M Kellner and L Lucas. | 0.5 |
| 2/6/17 | Edit NOIS; email it to L Lucas for reveiw. | 0.7 |
| 2/8/17 | Emails w L Lucas re his thoughts on the NOIS. | 0.1 |
| 2/13/17 | Incorporating L Lucas edits to NOIS; email NOIS to M Kellner for review; conf w L. Lucas and J. Hayes re status and strategy. | 1.3 |
| 2/21/17 | Conf w J Hayes, M Kellner, and L Lucas re strategy on NOIS and potential settlement/litigation; review and organize docs. | 0.6 |
| 3/2/17 | Conf w M Kellner re next steps with NOIS and potential settlement/litigation. | 0.6 |
| 3/6/17 | More research on Forest Service SUP and DBEs in Sawtooth Valley; updating NOIS. and on the watersheds and diversions at issue. | 2.7 |
| 3/9/17 | Finish NOIS and send to L Lucas for review. | 1.3 |
| 3/10/17 | Address L Lucas edits/comments on NOIS. | 1.2 |
| 3/10/17 | Call w M Kellner re status of NOIS and steps to finalize. | 0.5 |
| 3/10/17 | Review background docs; verify and update facts in NOIS. | 1.5 |
| 3/13/17 | Final edits to NOIS; emailing to Aries Bergstrom (Advocates for the West Operations Manager) to mail it; forward final NOIS to client and L.Lucas. | 1.5 |
| 3/22/17 | Conf w M Kellner re next steps to prepare for litigation. | 0.2 |
| 5/15/17 | Read Forest Service letter responding to NOIS. | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 5/16/17 | Emails w M Kellner, J Hayes, L. Rule, and L Lucas re Forest Service letter and ICL's options. | 0.6 |
| 6/13/17 | Call w M Kellner re ICL draft letter response to Forest Service. | 0.3 |
| 6/28/17 | Review ICL draft response to Forest Service; start edits and comments. | 0.9 |
| 6/28/17 | Call w M Kellner re ICL response letter. | 0.6 |
| 6/28/17 | Further revisions to ICL response letter; email letter to M Kellner. | 0.6 |
| 7/12/17 | Final edits to ICL response letter. | 0.5 |
| 9/19/17 | Read M Kellner emails and her emails w Forest Service; conf w M Kellner re next steps. forwarded FS e-mails; conf w her on next steps. | 0.4 |
| 10/26/17 | Read M Kellner update on discussions w Forest Service re diversions; email her. | 0.2 |
| 10/27/17 | Review status and planning; conf w J Hayes, M Kellner, and L Lucas re status, strategy and moving forward with complaint. | 0.6 |
| 11/8/17 | Complaint: first draft intro, legal background, claims for relief. | 3.3 |
| 11/9/17 | Complaint: first draft facts. | 2.6 |
| 11/13/17 | Complaint: review NOIS and key background docs and continue drafting complaint. | 3.4 |
| 11/14/17 | Review cases on SUPs, DBEs, and ESA agency action, and look for new cases. | 3 |
| 11/14/17 | Continue drafting and revising Complaint. | 3.3 |
| 11/21/17 | Further draft and revise Complaint. | 2.2 |
| 11/22/17 | Finish draft Complaint; email Complaint to L Lucas for review. | 0.9 |
| 11/22/17 | Address L Lucas edits/comments; email M Kellner and J Hayes for review | 0.3 |
| 11/28/17 | Conf w M Kellner re draft Complaint, claims and facts, strategy | 0.5 |
| 11/28/17 | Call w Ken Pauer/FS Regional counsel re background history of ICL's work on this issue, status of ICL and Forest Service negotiations, and ICL considering filing suit. | 0.6 |
| 11/28/17 | Conf w M Kellner re K Pauer call. | 0.3 |
| 12/19/17 | Call w M Kellner re next steps and strategy re filing and/or settlement; conf w/ L. Lucas and AFW attorneys re status and strategy. | 0.7 |
| | **2017 Hours** | **45.9** |
| 1/22/18 | E-mails w M Kellner and J Hayes re steps to finish and file Complaint. | 0.1 |
| 1/23/18 | Call w M Kellner re steps / timing to file complaint. | 0.1 |
| 1/25/18 | Review Complaint; email L Lucas for final review. | 0.6 |
| 1/26/18 | Prepare civil cover sheet and summonses. | 0.1 |
| 1/29/18 | Edit Complaint; emails w ICL and L Lucas for final review and approval. | 1.4 |
| 1/29/18 | Complaint: final review; file; email L Lucas, J Hayes, and M Kellner re filed complaint. | 2 |
| 4/6/18 | Read Forest Service Answer; email Answer to M Kellner, J Hayes, and L Lucas w my analysis; conf w/ L. Lucas. | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 4/18/18 | Conf w L Lucas re initial scheduling call w DOJ; email Kaitlyn Poirier/DOJ re litigation scheduling call. | 0.2 |
| 4/19/18 | Review litigation order; call w K Poirier re settlement and motion to stay; email L Lucas, J Hayes, and M Kellner re the same. | 0.7 |
| 4/19/18 | More e-mails w L Lucas and J Hayes re Motion to Stay to discuss settlement; email K Poirier re ICL agreeing to stay case for 30 days. | 0.3 |
| 4/30/18 | Conf w L Lucas; email K Poirier re status of Jt Mot for Stay. | 0.2 |
| 4/30/18 | Read Jt Motion for Stay filed by K Poirier and her related email; email her back; email M Kellner and J Hayes w updates and next steps. | 0.3 |
| 5/10/18 | Review docs and email L Lucas, J Hayes, and M Kellner re interim measures to request in settlement. | 0.2 |
| 5/22/18 | Conf w M Kellner re updats from her discussions w Forest Service staff and with water right holders; discussing settlement ideas/strategy. | 0.5 |
| 5/22/18 | Email K Poirier re status of Forest Service settlement response. | 0.2 |
| 5/24/18 | Emails w K Poirier re status of Forest Service letter and next steps. | 0.2 |
| 6/8/18 | Review stay order; call w K Poirier; message w M Kellner. | 0.4 |
| 6/11/18 | E-mails w K Poirier re motion to extend stay; editing draft motion. | 0.6 |
| 6/11/18 | Read Forest Service settlement response; email M Kellner, J Hayes, and L Lucas re same. | 0.5 |
| 6/11/18 | Read ICL e-mails re settlement letter and stay; call w K Poirier re filing motion to stay. | 0.3 |
| 6/13/18 | Draft ICL settlement response letter to Forest Service. | 1.2 |
| 6/15/18 | Finish ICL settlement response letter; email J Hayes, M Kellner, and L Lucas w instructions for review. | 1 |
| 6/19/18 | Start drafting ICL proposed Settelement Agrmt. | 1.1 |
| 6/19/18 | Continue drafting ICL proposed Settlement. | 0.9 |
| 6/20/18 | Update settlement letter; finish settlement agreement; email M Kellner, J Hayes, and L Lucas for review. | 2.1 |
| 8/8/18 | Emails w M Kellner, and w K Poirier, re ICL plan to move forward with litigation. | 0.2 |
| 8/8/18 | Draft ICL proposed Joint Litigation Plan; email to M Kellner and L Lucas for review. | 1.2 |
| 8/9/18 | Revise Joint Lit Plan; email it to K Poirier. | 0.4 |
| 8/10/18 | Review Forest Service edits to Joint Lit Plan; email K Poirier; email L Lucas re same. | 0.3 |
| 8/10/18 | Final review of Jt Lit Plan; file it. | 0.4 |
| 8/13/18 | Email Jt Lit Plan to M Kellner and outline plans/strategies for case. | 0.4 |
| 10/15/18 | Skim AR spreadsheet and file folders; emails w K Poirier, and w M Kellner, re receipt of AR. | 0.8 |
| 10/29/18 | Conf w L Lucas re AR review, our opening SJ filings. | 0.2 |
| 10/29/18 | Case research on ESA agency action. | 2.2 |

| Date | Description | Hours |
|---|---|---|
| 10/30/18 | More case research on ESA agency action cases; starting to draft ICL Opening Brief. | 3.8 |
| 10/30/18 | More ESA agency action case research. | 1.5 |
| 10/31/18 | Reading more ESA agency action cases. | 2.3 |
| 11/2/18 | More case research on ESA agency action. | 2.2 |
| 11/14/18 | AR review and notes. | 2.1 |
| 11/14/18 | AR review and notes. | 1.3 |
| 11/15/18 | AR review and notes. | 2.8 |
| 11/15/18 | AR review and notes. | 1.2 |
| 11/16/18 | AR review and notes. | 4 |
| 11/16/18 | AR review and notes. | 1.4 |
| 11/17/18 | AR review and notes. | 2.6 |
| 11/18/18 | Outline SOF and Opening SJ Brief. | 0.9 |
| 11/19/18 | Review key docs and start drafting SOF. | 1.5 |
| 11/19/18 | Continue reviewing docs and writing SOF. | 1.9 |
| 11/20/18 | Continue reviewing docs and writing SOF. | 2.5 |
| 11/20/18 | Finish first draft SOF. | 3.2 |
| 11/20/18 | Gathering additional publicly available docs for ICL to submit. | 0.7 |
| 11/21/18 | Continue drafting Opening Brief. | 4.3 |
| 11/21/18 | Continue drafting Opening Brief. | 1.1 |
| 11/21/18 | Case research on ESA agency action. | 1 |
| 11/26/18 | Continue drafting Opening Brief. | 1.7 |
| 11/26/18 | Conf w M Kellner re ICL standing declarants and Opening Brief. | 0.5 |
| 11/26/18 | Research APA unreasonable delay cases. | 1 |
| 11/27/18 | Continue drafting Opening Brief. | 2.3 |
| 11/28/18 | Continue drafting Opening Brief. | 2.1 |
| 11/29/18 | Continue drafting Opening Brief. | 2.1 |
| 11/30/18 | Continue drafting Opening Brief. | 3.5 |
| 11/30/18 | Continue drafting Opening Brief. | 4.2 |
| 12/3/18 | Continue drafting Opening Brief. | 2.9 |
| 12/3/18 | Continue drafting Opening Brief. | 2.1 |
| 12/3/18 | Emails w M Kellner re standing declarations; draft Motion for SJ; draft Hurlbutt Declaration. | 1.9 |
| 12/4/18 | Continue drafting Opening Brief. | 2.2 |
| 12/4/18 | Review non-AR publicly available docs; update Hurlbutt Dec; add info from docs to SOF. | 3.1 |
| 12/4/18 | Emails w M Kellner re standing declarations and briefs. | 0.3 |
| 12/4/18 | Continue adding to SOF from new docs. | 1.3 |
| 12/5/18 | Continue adding to SOF from new docs. | 1.5 |
| 12/6/18 | Review Sawtooth Forest Plan and add to Hurlbutt Decl and Brief. | 2.1 |
| 12/7/18 | Continue drafting Opening Brief. | 0.8 |
| 12/9/18 | Edit and cut SOF. | 3.2 |

| Date | Description | Hours |
|---|---|---|
| 12/9/18 | Edit Opening Brief; continue drafting. | 2.9 |
| 12/10/18 | Finish first full draft of Opening Brief; edit SOF and Hurlbutt Decl; emails w L Lucas re same and his review; conf w/ L. Lucas re drafts and next steps. | 3.6 |
| 12/11/18 | Review and comment on M Kellner Decl and Annie DeAngelo (ICL member) Decl. and email back to each with instructions for next steps. | 1.3 |
| 12/11/18 | Review AR and Hurlbutt Decl exhibits and add to SOF and Opening Brief. | 3.3 |
| 12/11/18 | Confs w L Lucas re Opening Brief and SOF. | 0.3 |
| 12/11/18 | ESA and APA research to add to Opending Brief. | 1.7 |
| 12/12/18 | Address L Lucas edits to SJ Motion, SOF, and Hurlbutt Decl. | 2.2 |
| 12/12/18 | Conf w L Lucas re Opening Brief; address L Lucas edits to brief. | 1.8 |
| 12/12/18 | Review and edit Opening Brief. | 2.9 |
| 12/12/18 | Finish review and edit of Opening Brief; email it to M Kellner and J Hayes for review. | 2.8 |
| 12/13/18 | Comments on DeAngelo Decl and email her re next steps. | 0.3 |
| 12/13/18 | Conf w L Lucas re additional ideas for Opening Brief. | 0.8 |
| 12/13/18 | Further review and comments on Kellner and DeAngelo Decs; send to L Lucas to review. | 0.7 |
| 12/13/18 | Read Laurie Rule (Advocates for the West Senior Attorney) comments on Opening Brief; conf w L Lucas | 0.7 |
| 12/13/18 | Review Kellner and DeAngelo Decls; email them. | 0.3 |
| 12/13/18 | Add facts to Opening Brief; review SOF, AR, and exhibits again and edit brief. | 3.5 |
| 12/13/18 | Edit full Opening Brief; email to L Lucas for review. | 3.2 |
| 12/14/18 | Review of M Kellner Decl.; email to M Kellner for final approval. | 0.7 |
| 12/14/18 | Final review of Hurlbutt Decl. | 0.6 |
| 12/14/18 | Final review of SOF and SJ Motion. | 0.9 |
| 12/14/18 | Review and edit Hayes Decl; email it to L Lucas for review. | 1 |
| 12/14/18 | Final review and edits of Kellner and DeAngelo Decls. | 0.6 |
| 12/14/18 | Address L Lucas edits/comments to Opening Brief. | 0.8 |
| 12/14/18 | Final review and edits on Hayes Decl. | 0.3 |
| 12/14/18 | Final review and edits on Opening SJ Brief. | 1.2 |
| 12/14/18 | File ICL Motion for SJ; email L Lucas, J Hayes, M Kellner, and A DeAngelo with SJ filing and discussing next steps. | 0.3 |
| 12/19/18 | Conf w M Kellner; e-mails w J Hayes; re Court scheduling SJ hearing. | 0.3 |
| | **2018 Hours** | **142.1** |
| 1/28/19 | Review Forest Service notice re briefing schedule; e-mail L Lucas, J Hayes, and M Kellner re this. | 0.1 |
| 2/5/19 | E-mails w new counsel Devon Flanagan/DOJ re scheduling; conf w L Lucas. | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 2/5/19 | Review draft Forest Service motion and proposed order re scheduling; e-mail D Flanagan with proposed edits. | 0.2 |
| 3/4/19 | Skim Forest Service opening/response SJ filings. | 0.5 |
| 3/4/19 | Call w M Kellner re ICL Reply Brief strategy. | 0.3 |
| 3/4/19 | Read Forest Service opening brief; email L Lucas, M Kellner and J Hayes to provide FS filings and my initial analysis. | 0.8 |
| 3/4/19 | Further review of Forest Service opening filings; outline ICL Reply Brief. | 1.4 |
| 3/4/19 | Review ICL opening SJ filings; add to outline of Reply Brief. | 1.3 |
| 3/5/19 | Conf w L Lucas re Reply Brief. | 0.2 |
| 3/5/19 | Finish reviewing Forest Service opening filings; finish Reply Brief outline. | 2.8 |
| 3/6/19 | Start researching and writing Reply Brief. | 3.3 |
| 3/7/19 | Detailed review of Forest Service filings and all AR citations; draft ICL sections on factual clarifications for Reply and/or Response SOF. | 4 |
| 3/8/19 | Research ESA agency action for Reply | 1.5 |
| 3/8/19 | Continue researching and writing Reply Brief. | 2.4 |
| 3/12/19 | More reseach on ESA agency action. | 1.3 |
| 3/12/19 | Outlining additional points for duty to consult part of brief. | 0.5 |
| 3/12/19 | Case research for Reply. | 0.7 |
| 3/13/19 | Finish writing clarifying facts for Reply and/or Response SOF. | 1.7 |
| 3/13/19 | Start writing Reply argument sections. | 3.3 |
| 3/13/19 | Research and write Reply. | 1.4 |
| 3/14/19 | Research and write Reply. | 3.7 |
| 3/14/19 | Research and write Reply. | 2.7 |
| 3/15/19 | Conf w/ L. Lucas re status of reply; continue to research and write Reply. | 1.9 |
| 3/15/19 | Finish first full draft Reply Brief; email L Lucas for review. | 1 |
| 3/23/19 | Case research for Reply. | 2.4 |
| 3/25/19 | Address L Lucas comments and edits; create Response SOF using facts from Reply. | 1.1 |
| 3/25/19 | Review, revise, add to Reply. | 1.7 |
| 3/26/19 | Review, revise, add to Reply. | 2.3 |
| 3/26/19 | Case research for Reply. | 1.3 |
| 3/27/19 | Case research for Reply. | 0.8 |
| 3/27/19 | Review, revise, add to Reply. | 0.7 |
| 3/27/19 | Conf. L. Lucas, J. Hayes, M.Kellner re SJ briefing and strategy; further review, revise, add to Reply. | 0.8 |
| 3/27/19 | Case research for Reply. | 1 |
| 3/28/19 | E-mails w M Kellner re Reply Brief content. | 0.2 |
| 3/28/19 | Review, revise, add to Reply. | 2.5 |
| 3/28/19 | Review, revise, add to Reply. | 2.7 |
| 3/28/19 | Review and revise Response SOF. | 0.8 |
| 3/28/19 | Review, revise, add to Reply. | 0.8 |
| 3/29/19 | Case research for Reply. | 3.2 |

| Date | Description | Hours |
|---|---|---|
| 3/29/19 | Review, revise, add to Reply; memos w/ L. Lucas re review | 3.2 |
| 3/30/19 | Review, revise, add to Reply. | 2.7 |
| 3/30/19 | Review, revise, add to Reply. | 1.3 |
| 3/30/19 | Review, revise, add to Reply. | 1 |
| 3/31/19 | Review AR and add facts and missing AR citations to Reply. | 3.7 |
| 3/31/19 | Finsih review of AR and adding facts and missing AR citations to Reply. | 1.3 |
| 3/31/19 | Review, revise, add to Reply. | 2.2 |
| 4/1/19 | Edit full Reply and Response SOF; email to M Kellner for review. | 3.1 |
| 4/1/19 | Review key AR docs; add to Reply. | 2.9 |
| 4/2/19 | Review and revise Reply. | 2.5 |
| 4/2/19 | Address M Kellner edits and comments on Reply. | 2 |
| 4/2/19 | Review and revise Reply. | 0.9 |
| 4/2/19 | Review Response SOF; edit. | 0.7 |
| 4/3/19 | Review and edit full Reply. | 3.5 |
| 4/3/19 | Address Kayla Steinman (Advocates for the West law student extern) edits and comments on Reply. | 1.5 |
| 4/3/19 | Final review and edits to Reply | 2.3 |
| 4/3/19 | File Reply; email J Hayes, M Kellner, and L Lucas with my thoughts and strategy for next steps. | 1.1 |
| 5/21/19 | Read Forest Service Reply; review key laws and regulations for hearing exhibits. | 2.8 |
| 5/22/19 | Review all case filings; review key cases to use at hearing. | 1.6 |
| 5/23/19 | Outline key points for hearing. | 0.7 |
| 5/28/19 | Write argument for hearing. | 2 |
| 5/29/19 | Review key ESA cases; revise hearing outline. | 1.3 |
| 5/29/19 | Finish reviewing key ESA cases; review key APA cases for hearing. | 1.5 |
| 5/30/19 | Prepare exhibits for hearing from Hurlbutt Decl. | 0.5 |
| 5/30/19 | Revise outline; practice hearing; review cases and further revise outline. | 3.1 |
| 5/31/19 | Reoutline hearing; practice with exhibits for overhead. | 1.5 |
| 5/31/19 | Moot w L Lucas; Amanda Rogerson (Advocates for the West Staff Attorney); and M Kellner. | 2 |
| 6/3/19 | Conf w L Lucas to go over my hearing outline and exhibits. | 0.4 |
| 6/4/19 | Review exhibits and cases w L Lucas to prep him for hearing. | 1.4 |
| 6/4/19 | Organize and review files for hearing. | 1 |
| 6/4/19 | Attend court hearing on SJ motions; post-hearing debrief w M Kellner, L Lucas, and other staff. | 2 |
| 6/17/19 | Read Court decision granting ICL partial summary judgment; e-mail L Lucas, J Hayes, M Kellner, and Jonathan Oppenheimer (ICL) to share opinion and outline next steps for the litigation. | 0.9 |
| 6/17/19 | Conf w J Hayes re Court decision and next steps (remedies; possible appeal). | 0.2 |
| 6/27/19 | Draft e-mail for opposing counsel re remedies; send to L Lucas for review. | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 6/28/19 | Email D Flannigan and K Poirier re remedies. | 0.3 |
| 7/19/19 | Review previous settlement discussions b/w ICL and Forest Service; conf w L Lucas re upcoming settlement call. | 1.2 |
| 7/22/19 | Call w D FLannigan re potential remedies settlement; email J Hayes and L Lucas re that call. | 0.7 |
| 7/25/19 | Emails w D Flannigan re questions from our call. | 0.2 |
| 7/26/19 | Conf w L Lucas re remedies settlement offer. | 0.2 |
| 8/5/19 | Call w D Flannigan re remedies settlement. | 0.2 |
| 8/20/19 | Call w D Flannigan re potential settlement; e-mails w L Lucas and J Hayes re same. | 0.5 |
| 8/22/19 | Emails and call w J Hayes; email D Flannigan re next steps on remedies settlement. | 0.3 |
| 8/23/19 | Research interim measures to propose for settlement. | 0.4 |
| 8/28/19 | Emails w D Flannigan re next steps on remedy settlement discussions. | 0.2 |
| 8/29/19 | Emails re availability for remedies call w all parties; emails w L Lucas re next steps on remedies settlement. | 0.4 |
| 9/3/19 | Conf w M Kellner to update her on remedies negotiations and discuss next steps; conf w/ L. Lucas re status and strategy | 0.5 |
| 9/5/19 | Review files on prior settlement negotiatioins; review Pacer page for Sawtooth quiet title cases; call w A Barker and D Flannigan re remedies settlement. | 1.3 |
| 9/5/19 | Review AR doc spreadsheets on diversions; draft ICL monitoring and mitigation proposal and send to M Kellner for review. | 2.1 |
| 9/5/19 | Conf w M Kellner to review ICL draft proposal for interim monitoring/mitigation. | 0.7 |
| 9/6/19 | Final edits of ICL monitoring/mitigation proposal; e-mail it to D Flanagan and A Barker. | 0.8 |
| 9/12/19 | Email D Flanagan re status of draft settlement. | 0.1 |
| 9/13/19 | Read D Flanagan email re status of draft settlement. | 0.1 |
| 9/16/19 | Emails w D Flanagan re Forest Service response to ICL proposed monitoring/mitigation; reading revised settlement. | 0.2 |
| 9/16/19 | Email M Kellner and L Lucas to share new settlement docs and provide update. | 0.1 |
| 9/23/19 | Thorough review of Forest Service remedies proposal; email M Kellner highlighting issues to discuss. | 0.9 |
| 9/23/19 | Conf w M Kellner to review Forest Service remedies settlement and discuss possible revisions. | 0.8 |
| 9/23/19 | Email D Flannigan re next steps; start edits to stipulated remedy agreement. | 0.6 |
| 9/24/19 | Continue edits/comments on draft settlement; conf w/ L. Lucas. | 1.4 |
| 9/25/19 | Finish revisions and comments to remedies settlement; email L Lucas, J Hayes, and M Kellner for review. | 1.6 |
| 9/26/19 | Email D Flannigan w update on status of ICL review of settlement. | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 9/30/19 | Email L Lucas and J Hayes re next step on ICL edits to settlement; review L. Lucas response | 0.1 |
| 10/1/19 | Final review of ICL edits to remedies settlement; email it to D Flanagan, A Barker, and L Lucas. | 0.3 |
| 10/9/19 | Review ICL's proposed edits to settlement; call w D Flanagan and A Barker re Forest Service thoughts on ICL's edits; email update to L Lucas, M Kellner, and J Hayes. | 1.3 |
| 10/11/19 | Review and edit latest draft settlement from Forest Service; email M Kellner, J Hayes, and L Lucas re my edits and seeking approval. | 0.5 |
| 10/14/19 | Emails and call w M Kellner to go over latest draft settlement. | 0.5 |
| 10/14/19 | Email D Flanagan to provide ICL's edits to latest version of remedies agreement. | 0.4 |
| 10/24/19 | Email D Flanagan to check in on status of DOJ/FS review of Remedies Stip. | 0.2 |
| | **2019 Hours** | **137.9** |