Bryan Hurlbutt (ISB # 8501)
Laurence ("Laird") J. Lucas (ISB # 4733)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
bhurlbutt@advocateswest.org
llucas@advocateswest.org

*Attorneys for Plaintiff*

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
DEVON LEA FLANAGAN, Trial Attorney (DC Bar No. 1022195)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0201
Facsimile: (202) 305-0275
devon.flanagan@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO CONSERVATION LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Case No.: 1:18-cv-00044-BLW<br><br>**SECOND JOINT MOTION TO STAY BRIEFING ON MOTION FOR ATTORNEYS' FEES (ECF No. 47)** |

Defendant the United States Forest Service and Plaintiff Idaho Conservation League (ICL) jointly move to stay briefing on Plaintiff's Motion for Attorneys' Fees and Litigation Expenses (ECF No. 47) until March 31, 2020.  The parties request this stay to allow for continued settlement discussions regarding the pending motion.

On November 29, 2019, Plaintiff filed its Motion for Attorneys' Fees.  On December 10, 2019, the parties filed a Joint Motion To Stay Briefing On Motion For Attorneys' Fees (ECF No. 48) to allow for settlement discussions regarding the fee motion.  This Court granted the Joint Motion (ECF No. 49), and the Forest Service's response to is now due on January 31, 2020.

The parties have continued negotiations to determine if ICL's claim for fees and expenses can be resolved through settlement and have made progress.  Also during this time, Defendant-Intervenor Salmon Headwaters Conservation Association (SHCA) filed a Notice of Appeal (ECF No. 50), and the Forest Service filed a Notice of Appeal (ECF No. 53) of this Court's decision on the merits. The parties agree that it is in the interest of the parties and judicial efficiency to stay briefing on this motion until March 31, 2020 to allow ICL and the Forest Service time to determine whether this claim may be resolved without further litigation and to obtain necessary government approvals if a settlement agreement is reached.

//

//

//

//

//

//

Respectfully submitted this 23rd day of January, 2020.

/s/ Bryan Hurlbutt
Bryan Hurlbutt (ISB # 8501)
Laurence ("Laird") J. Lucas (ISB # 4733)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
bhurlbutt@advocateswest.org
llucas@advocateswest.org

Attorneys for Plaintiff


JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Asst. Section Chief

/s/ Devon Lea Flanagan
DEVON LEA FLANAGAN
Trial Attorney, D.C. Bar No. 1022195
Wildlife and Marine Resources Section
Ben Franklin Station
P. O. Box 7611
Washington, D.C.  20044-7611
(202) 305-0201 (tel.)
(202) 305-0275 (fax)
devon.flanagan@usdoj.gov

Attorneys for Defendant

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 23, 2020, a true and correct copy of the above SECOND

JOINT MOTION TO STAY BRIEFING ON MOTION FOR ATTORNEYS' FEES was

electronically filed with the Clerk of Court using CM/ECF.  Copies of the document will be

served upon interested parties via the Notices of Electronic Filing that are generated by

CM/ECF.


*/s/ Bryan Hurlbutt*
Bryan Hurlbutt

*Attorney for Plaintiff*